Theodore L. Zuendt, respondent,

*v.*

A. Eisenstein, Inc., &c., appellant.

[Argued May 23d, 1947.   Decided September 25th, 1947.]

*Mr. Abraham J. Slurzberg,* for the appellant.

*Messrs. Platoff & Platoff* (*Mr. George Heftler,* of counsel), for the respondent.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *139 N. J. Eq. 476.*

*For affirmance*—The Chief-Justice, Bodine, Donges, Heher, Colie, Wachenfeld, Eastwood, Burling, Wells, Dill, Freund, McGeehan, McLean, JJ.   13.

*For reversal*—None.